Dr. Bernd WOLLSCHLAEGER, Dr. Judith Schaechter, Dr. Tommy Schechtman, American Academy of Pediatrics, Florida Chapter, American Academy of Family Physicians, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Roland Gutierrez, Stanley Sack, Shannon Fox–Levine, Plaintiffs–Appellees,

v.

GOVERNOR OF the State of FLORIDA, Secretary, State of Florida, Surgeon General of the State of Florida, Secretary, Health Care Administration of the State of Florida, Division Director, Florida Department of Health, Division of Medical Quality Assurance, George Thomas, Jason Rosenberg, Zachariah P. Zachariah, Elisabeth Tucker, Trina Espinola, Merle Stringer, James Orr, Gary Winchester, Nabil El Sanadi, Robert Nuss, Onelia Lage, Fred Bearison, Donald Mullins, Brigette Rivera Goersch, Bradley Levine, Defendants–Appellants.

No. 12–14009.

United States Court of Appeals, Eleventh Circuit.

Feb. 3, 2016.

Douglas Hallward–Driemeier, Bruce S. Manheim, Jr., Mariel Goetz, Julia Lewis, Augustine Ripa, Ropes & Gray, LLP, Jonathan E. Lowy, Daniel R. Vice, Washington, DC, Richard D. Batchelder, Jr., Alexandra Roth, Ropes & Gray, LLP, Boston, MA, Dennis G. Kainen, Weisberg Kainen Mark, PL, Hal M. Lucas, Hal M. Lucas, P.A., Edward M. Mullins, Astigarraga Davis, Miami, FL, Jordan E. Pratt, Attorney General's Office, Tallahassee, FL, for Plaintiffs–Appellees.

Jason Vail, Jolly & Peterson, PA, Tallahassee, FL, Allen C. Winsor, Pam Bondi, Denise Mayo Harle, Rachel E. Nordby, Timothy David Osterhaus, Jonathan L. Williams, Attorney General's Office, Tallahassee, FL, Jordan E. Pratt, for Defendants–Appellants.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc,

It is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.